# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**ANTHONY SCOTT PRIOR, JR.**                                                                    **PLAINTIFF**

**V.**                                                              **NO.: 1:21-cv-93-JMV**

**KILOLO KIJAKAZI,**
Acting Commissioner of Social Security                                   **DEFENDANT**

## ORDER

The Defendant has filed an unopposed Motion for Remand [15]. For good cause shown and being advised that the motion is unopposed, the court finds that the motion is well-taken and should be granted. Accordingly, the above reference cause is remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g) of the Social Security Act.

**SO ORDERED AND ADJUDGED** this, the 14th day of October, 2021.

                                                 /s/ Jane M. Virden
                                                 **UNITED STATES MAGISTRATE JUDGE**