IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ANTHONY SCOTT PRIOR, JR.**     **PLAINTIFF**

**V.**     **NO.: 1:21-cv-93-JMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**     **DEFENDANT**

## FINAL JUDGMENT

Consistent with the court's order [17], this case is remanded for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED AND ADJUDGED** this, the 14th day of October, 2021.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**